# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

CHRIS KING,

    Plaintiff,

v.

IAT INSURANCE GROUP,

    Defendant.

Case No. 2:17-CV-01995-APG-VCF

**ORDER DISMISSING CASE**

(ECF No. 3)

Plaintiff Chris King has moved motion to dismiss this case that he filed (ECF No. 3). Good cause appears to grant that motion.

IT IS ORDERED that plaintiff Chris King's motion to dismiss **(ECF No. 3) is GRANTED**. This case is dismissed without prejudice.

DATED this 9th day of August, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE